[No. 30814-6-III.  Division Three.  August 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ESTELA ROJAS LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00287-3, Blaine G. Gibson, J., entered April 19, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33213-6-III.  Division Three.  August 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA RENEE MONROE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-02439-9, Annette S. Plese, J., entered February 19, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 33245-4-III.  Division Three.  August 18, 2016.]

RHONDA L. DUNCAN, *Respondent*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-04440-7, Michael P. Price, J., entered March 2, 2015. *Reversed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.

[No. 33649-2-III.  Division Three.  August 18, 2016.]

ESMERALDA RODRIGUEZ, *Appellant*, v. LUIS DANIEL ZAVALA, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-2-01318-9, Bruce A. Spanner, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.